HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WENDY MCDERMED and JAMES MCDERMED,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 3:22-CV-05724-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and respectfully ask the Court to dismiss this action, including all claims, with prejudice and without an award of attorneys' fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 16th day of May 2023.

**RUIZ & SMART LLP**

By: *s/Kathryn Knudsen*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Kathryn Knudsen, WSBA # 41075
kknudsen@ruizandsmart.com

STIPULATED MOTION AND ORDER OF DISMISSAL  1
(NO. 3:22-CV-05724-BJR)

**RUIZ & SMART LLP**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

*Counsel for Wendy McDermed and James McDermed*

**FORSBERG & UMLAUF**

By: *s/ Matthew Adams*
Matthew S. Adams, WSBA #18820
madams@foum.law
Jennifer E. Aragon, WSBA #45270
jaragon@foum.law
901 Fifth Avenue, Ste. 1400
Seattle, WA 98164

*Counsel for Defendant*

ORDER

This matter comes before the Court on the parties' stipulated motion for dismissal of all claims. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court GRANTS the stipulated motion for dismissal of all claims and ORDERS that all claim in this lawsuit are DISMISSED with prejudice and without an award of fee or costs to any party.

IT IS SO ORDERED.

DATED this 16th day of May, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL  2
(NO. 3:22-CV-05724-BJR)

**Ruiz & Smart LLP**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702